IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JIMMY CARTER, | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:06-cv-333 (CAR) |
| | : | |
| v. | : | |
| | : | |
| WENDY SQUIRES, et al., | : | |
| | : | |
| Defendants. | : | |

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 36] that Defendants' Motion for Summary Judgment [Doc. 26] be granted. Plaintiff filed no objection to the Recommendation. The Court, having considered the Recommendation, agrees that Defendants are entitled to summary judgment on all of Plaintiff's claims. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED.** This 25th day of January, 2008.

                                                S/ C. Ashley Royal
                                                C. ASHLEY ROYAL
                                                UNITED STATES DISTRICT JUDGE

SSH